# LYNCH & LYNCH CO., L.P.A.
### ATTORNEYS AT LAW
THE LEADER BUILDING, SUITE 410
526 SUPERIOR AVENUE EAST
CLEVELAND, OHIO 44114

(216) 771-2545
FAX (216) 771-2421

JOHN KENNEDY LYNCH
ANNE KENNEDY LYNCH

OF COUNSEL
RICHARD STANDISH LYNCH

March 15, 2001

District Director
Internal Revenue Service
201 Cleveland Ave., S.W.
Canton, OH  44700

### CLAIM FOR REFUND

Re:  Bruce E. and Marlene D. Hawthorn

Dear Sir:

This is a claim for refund by Bruce E. and Marlene D. Hawthorn of 4530 Butterbridge Road, N.W., North Lawrence, Ohio 44666-9729 for overpayment of their 1995 income taxes in the amount of $74,305.89 which was paid by check dated March 31, 1999.

This claim is based on erroneous adjustments made by an Internal Revenue Service audit dated March 22, 1999.

The following adjustments made by the Internal Revenue Service are erroneous:

| | | |
|---|---|---|
| A. | Distribution from BRM | $115,000.00 |
| B. | Exemptions | 4,350.00 |
| C. | Fringe Benefit-Massotherapy | 2,578.00 |
| E. | Itemized Deductions | 7,701.00 |
| F. | Motorcycle Received | 17,719.00 |
| G. | Personal Trips-PD by BRM | 5,647.00 |
| H. | Personal Use of Vehicles | 7,950.00 |

EXHIBIT "A-1"